AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amy Henson Girard,<br>*Plaintiff,*<br>v.<br>Commissioner of Social Security Administration,<br>*Defendant.* | )<br>)<br>)  Civil Action No.   0:20-cv-1905-DCC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, who reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:   June 9, 2021

CLERK OF COURT

s/M. Nason

*Signature of Clerk or Deputy Clerk*